UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BECKMAN AND LINDA GANDARA, individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA CANNING COMPANY, LLC, STATER BROS. MARKETS, AND DOES 1-10<br><br>Defendants. | Case No.: 16cv2792-JAH(BLM)<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 39]** |

On February 16, 2018, Plaintiff field a Second Amended Complaint ("SAC"). ECF No. 29. Defendant answered the SAC on September 24, 2019. ECF No. 37. That same day, the Court issued a Notice and Order for Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"). ECF No. 38. The Court scheduled the conferences for November 8, 2019. Id. at 1.

On October 7, 2019, Defendant filed an Application to Continue Date of Early Neutral Evaluation Conference and Case Management Conference. ECF No. 39. Defendant seeks to continue the ENE and CMC to November 12, 2019. Id. at 2. In support, Defendant sates that it representative, Mr. Mike Weber, will be traveling from Minneapolis where he resides for the

1

conferences and has a personal commitment on November 9, 2019. Id. Because of the distance and different time zones, Mr. Weber will be unable to attend the conferences and return to Minneapolis in time for his prior commitment. Id. Defendant notes that this is a brief continuance and that "Plaintiffs' counsel advised that they do not object to this proposed date of November 12th for the ENE and CMC." Id.

Good cause appearing, Defendant's motion is **GRANTED IN PART**. The ENE and CMC currently scheduled for November 8, 2019 is hereby **CONTINUED** to **November 13, 2019** at **9:30 a.m.**[1] On or before **November 1, 2019**, the parties shall submit via fax, email (efile_major@casd.uscourts.gov) or hand delivery, confidential statements no more than ten (10) pages[2] in length directly to the chambers of the Honorable Barbara L. Major.

In the event the case does not settle during the ENE, the Court will conduct an Initial CMC. In preparation for this conference, the parties must

    a.    Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **October 23, 2019**;

    b.    File a Joint Discovery Plan on the CM/ECF system no later than **November 1, 2019**; and

    c.    Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **November 6, 2019**.

**IT IS SO ORDERED**.

Dated: 10/7/2019

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] There is no availability on the Court's calendar on November 12, 2019.

[2] The parties shall not append attachments or exhibits to the ENE statement.