# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BECKMAN AND LINDA GANDARA, Individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA CANNING COMPANY, LLC AND DOES 1-10,<br><br>Defendants. | Case No.: 16cv2792-JAH(BLM)<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On **November 13, 2019** the Court held an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. ECF No. 44. Settlement of the case could not be reached during the ENE and the Court therefore conducted a Case Management Conference pursuant to Rule 16.1(d) of the Local Rules. Id. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The parties must file a joint motion for a protective order, which includes the terms of their agreement for handling confidential documents and information, on or before **November 21, 2019**.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **January 10, 2020**.

3. The parties shall designate their respective experts in writing by **April 17, 2020**. The parties must identify any person who may be used at trial to present evidence

pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is not limited to retained experts. The date for exchange of rebuttal experts shall be by **May 8, 2020**. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony. The designations must include the information the parties have agreed upon or that the Court orders. Accordingly, the parties must file their proposed terms on or before **November 20, 2019**.

4. Plaintiffs shall file their motion for class certification on or before **June 19, 2020**.

5. The parties are **ORDERED** to contact the chambers of Judge Major within five days of the District Judge's ruling on the motion for class certification in order to set the remaining case deadlines.

6. The dates and times set forth herein will not be modified except for good cause shown.

7. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

8. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: 11/13/2019

Hon. Barbara L. Major
United States Magistrate Judge