# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BECKMAN AND LINDA GANDARA, individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA CANNING COMPANY, LLC AND DOES 1-10<br><br>Defendants. | Case No.: 16cv2792-JAH(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONINTUE DATES DUE TO COVID-19 PANDEMIC**<br><br>**[ECF No. 50]** |

On March 30, 2020, the parties filed a Joint Motion to Continue Dates Due to COVD-19 Pandemic. ECF No. 50. The parties seek to continue the deadlines for expert designations, rebuttal expert designations, and filing a motion for class certification by ninety days and the deadline for Defendant to file a motion to compel by thirty-three days. Id. at 2. In support, the parties state that because 1) President Donald Trump proclaimed a national emergency due to COVID-19, 2) "[c]ourts, businesses, and borders have been shut down or are operating on a limited or restricted basis due to the COVID-19 pandemic," and 3) "Chief United States District Judge Larry Alan Burns issued Emergency Order 18, as amended on March 23, 2020," the parties' ability to travel and conduct depositions has been hampered. Id. at 2-3. The parties

further state that Plaintiffs' counsel has had difficulty communicating with their client who resides in Tijuana, Mexico, Plaintiff Beckman and Plaintiffs' counsel are in groups that are at high risk for contracting COVID-19, and that Plaintiffs' counsel, Mr. Pettersen, has recently undergone heart surgery and suffered the loss of his son. Id. at 3. The parties note that they have been diligent in their discovery efforts and that the requested continuance "also contemplates that the parties will engage in a pre-certification mediation effort." Id. at 4.

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. The parties must designate their respective experts on class certification issues in writing by **July 16, 2020**.

2. The date for exchange of rebuttal experts shall be by **August 6, 2020**.

3. Plaintiffs must file their motion for class certification on or before **September 17, 2020**.

4. The parties are **ORDERED** to contact the chambers of Judge Major within five days of the District Judge's ruling on the motion for class certification in order to set the remaining case deadlines.

5. Defendant Arizona Canning Company, LLC must file any motion to compel related to Plaintiffs' Rule 26(a) disclosures and Rule 26(e) obligations on or before **April 30, 2020**.

All other guidelines and requirements previously set remain the same. See ECF No. 49.

**IT IS SO ORDERED**.

Dated: 3/31/2020

Hon. Barbara L. Major
United States Magistrate Judge