UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BARBARA L. MAJOR TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Barbara L. Major to the calendar of the Honorable Daniel E. Butcher for all further proceedings. All conferences or hearing dates previously set before Judge Major will remain as scheduled and will be before Judge Butcher. All dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 19CV2-BAS | Valenzuela et al v. San Diego Police Department et al. |
| 19CV2386-CAB | Pashuta v. City of San Diego et al. |
| 19CV2054-W | Lee et al. v. Verimatrix Inc et al. |
| 16CV2792-JAH | Beckman et al. v. Arizona Canning Company, LLC et al. |
| 19CV1013-AJB | Baker et al. v. City of San Diego et al. |
| 19CV831-WQH | Moser v. Medguard Alert, Inc. et al. |

| | | |
|---|---|---|
| 1 | 20cv117-GPC | Greatcall, Inc. v. Lively Hearing Corporation |
| 2 | 20cv183-AJB | NAACP San Diego Branch et al. v. San Diego Housing Comm'n et al. |

**IT IS SO ORDERED.**

Dated: 6/19/2020

Hon. Barbara L. Major
United States Magistrate Judge