UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BECKMAN and LINDA GANDARA, individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA CANNING COMPANY, LLC, a Delaware limited liability company; and Does 1 to 10, inclusive,<br><br>Defendants. | Case No.: 16cv2792-JAH (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 55]** |

Pending before the Court is the parties' joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 13.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice as to the individual claims of Plaintiffs William Beckman and Linda Gandara, and without prejudice as to the putative Class described in the Second Amended Complaint (Doc. No. 29). Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

DATED: August 14, 2020

_____
Hon. John A. Houston
United States District Judge